UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS R. MOODY,

    Plaintiff,

v.                                        CASE NO: 8:05-cv-868-T-23MAP

JO ANNE B. BARNHART,
Commissioner of the United States
Social Security Administration,

    Defendant.
_____/

## **ORDER**

    United States Magistrate Judge Mark A. Pizzo, submits a report and recommendation (Doc. 22) on the plaintiff's petition for review of a final decision of the Commissioner of the United States Social Security Administration (the "Commissioner"). Judge Pizzo recommends affirming the Commissioner's final decision. Neither party files an objection to the report and recommendation, and the time to file objections has expired. Accordingly, the Magistrate Judge's recommendation (Doc. 22) is **ADOPTED** and the Commissioner's final decision is **AFFIRMED**. The Clerk is directed to enter judgment in favor of the Commissioner and against the plaintiff.

    ORDERED in Tampa, Florida, on August 29, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy